IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TODD A. BARKOW,

    Plaintiff,

  v.

SCHOOL DISTRICT OF ATHENS
and DEAN ELLENBECKER,

    Defendants.

Case No. 20-cv-1030-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants School District of Athens and Dean Ellenbecker against plaintiff Todd A. Barkow dismissing this case.

| s/ K. Frederickson, Deputy Clerk | March 22, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |