# In the
# United States District Court
## For the
## Western District of Wisconsin

Todd A. Barkow,

    Plaintiff,

    v.

Case No.    20-cv-1030-jdp

School District of Athens
and Dean Ellenbecker,

    Defendants.

## PLAINTIFF'S NOTICE OF APPEAL FROM A JUDGMENT OF THE DISTRICT COURT

The Plaintiff, Todd A. Barkow, by his attorneys, the Jeff Scott Olson Law Firm, S.C., by Jeff Scott Olson, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered on March 22, 2022, (dkt. # 33) in favor of the Defendants.

Dated this Thursday, March 31, 2022.

Respectfully submitted,

Todd A. Barkow,

1

Plaintiff

By

THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
State Bar Number 1016284
131 West Wilson Street, Suite 1200
Madison, WI 53703-3225
Phone: 608 283-6001
Email: jsolson@scofflaw.com


/s/   Jeff Scott Olson
_____

Jeff Scott Olson
ATTORNEYS FOR PLAINTIFF

### Certificate of Service

I hereby certify that on Thursday, March 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Tony J. Renning and Jenna E. Rousseau,, and I hereby certify that I have mailed by United States Postal Service the document to the following non ECF participants: none.

_____/s/ Jeff Scott Olson_____